## Seifert, Appellant, v. Maeder.

Argued December 1, 1955. Before STERN, C. J., STEARNE, JONES, BELL, MUSMANNO and ARNOLD, JJ.

618

*William A. Gray,* with him *Walter Stein* and *Gray, Anderson & Schaffer,* for appellants.

*James L. Stern,* Deputy City Solicitor and *Louis J. Goffman,* with them *Matthew W. Bullock,* Assistant City Solicitor, *Abraham L. Freedman,* City Solicitor, and *Wolf, Block, Schorr & Solis-Cohen,* for appellees.

OPINION BY MR. JUSTICE ALLEN M. STEARNE, January 4, 1956:

The decrees are affirmed on the opinion in *Barth v. Gorson,* 383 Pa. 611, 119 A. 2d 309. Costs to be paid by appellants.